UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO,

                Plaintiff,

- against -

AIME LEON DORE, INC.

                Defendant.

19-cv-9712 (JGK)

**ORDER**

**JOHN G. KOELTL**, District Judge:

    The defendant may move or answer by **February 7, 2020**.

    If the defendant makes a motion, the plaintiff may respond by **February 21, 2020**. The defendant may reply by **March 2, 2020**.

    If the defendant answers, the parties should submit a 26(f) report and another letter asking for a conference to the Court by **February 21, 2020**.

**SO ORDERED.**

Dated:    New York, New York
            January 27, 2020

                                     John G. Koeltl
                                **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-28-20